

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Dr. Victor L. Lee
and Lee Orthodontics, PLLC,

No. 11-23-00254-CV

\* Original Mandamus Proceeding

\* February 29, 2024

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be conditionally granted. We direct the trial court to vacate its order to the extent that it orders that Lee Orthodontics, PLLC's claims will be dismissed unless Dr. Lee waives his right against self-incrimination. The remainder of the trial court's October 30, 2023 order remains undisturbed. A writ of mandamus will issue only if the trial court fails to act by March 11, 2024.